## Wynkoop's Estate (No. 2).

Argued March 3, 1913. Appeal, No. 00, Jan. T., 1913, by Samuel C. Stryker, administrator of Emily Stryker, deceased, from decree of O. C. Columbia Co., dismissing exceptions to supplemental report of auditor in Estate of Elizabeth W. Wynkoop, deceased. Before RICE, P. J., HENDERSON, MORRISON, ORLADY, HEAD and PORTER, JJ. Affirmed.

Exceptions to auditor's supplemental report. See Wynkoop's Estate No. 1, supra.

*T. M. B. Hicks*, with him *Chas. Clyde Yetter* and *Wister M. Elliott*, for appellant.

No printed brief for appellee.

PER CURIAM, April 21, 1913:

This appeal is from the same decree which has been affirmed by a divided court in the immediately preceding case, Wynkoop's Estate, No. 1, ante, p. 472. Inasmuch as the sum awarded this appellant is considerably larger than was awarded to him by the first report of the auditor, we fail to see how he can be regarded as a party aggrieved by the decree. At any rate there is no ground for sustaining his appeal which could not be urged in support of the executor's appeal.

The appeal is dismissed at the costs of the appellant.